## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES ARGUMANIZ,**<br>  **Plaintiff,**<br><br>     **v.**<br><br>**BAYER CORPORATION, et al.,**<br>  **Defendants.** | **CIVIL ACTION NO. 02-3892** |

## O R D E R

      **AND NOW,** this 25th day of June, 2002, the court having been previously advised

that the above action cannot proceed to trial and disposition because of the following reason:

      [ ]    -    Order staying these proceedings pending disposition of a related action.

      [ ]    -    Order staying these proceedings pending determination of arbitration proceedings.

      [ ]    -    Interlocutory appeal filed _____

      [X]    -    Other: Cases are placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring cases to District of Minnesota. _____

it is

      **ORDERED** that the Clerk of Court shall mark this action closed for statistical purposes

and place the matter in the Civil Suspense File, and it is

      **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be

restored to the trial docket when the action is in a status so that it may proceed to final

disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____

**MARVIN KATZ, S.J.**