IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES ARGUMANIZ | : | |
| | : | CIVIL ACTION NO. 02-CV-3892 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BAYER CORPORATION; | : | ENTRY OF APPEARANCE |
| BAYER AG; | : | |
| GLAXOSMITHKLINE, PLC; | : | |
| GLAXOSMITHKLINE; | : | |
| SMITHKLINE BEECHAM | : | |
| | : | |
| Defendants. | : | |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

    Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,

_____     _____
Hope S. Freiwald                                 Aline Fairweather


_____     _____
Alison T. Conn                                    Kirstin J. Miller


Dated:  August 14, 2002           DECHERT PRICE & RHOADS
                                                    4000 Bell Atlantic Tower
                                                    1717 Arch Street
                                                    Philadelphia, PA  19103-2793
                                                    (215) 994-4000